638 A.2d 140

THE MAPLEWOOD BANK AND TRUST COMPANY, PLAINTIFF–
RESPONDENT, v. SEARS, ROEBUCK AND CO., DEFENDANT–
APPELLANT, AND EDWARD CAPERS, TERRE CAPERS, AND
NEW JERSEY SAVINGS BANK, DEFENDANTS.

Argued February 15, 1994—Decided March 15, 1994.

*Sheldon H. Pressler* argued the cause for appellant (*Pressler and Pressler*, attorneys; *Raymond A. Noble*, of counsel; *Mr. Noble* and *Steven P. McCabe*, on the brief).

*Alan R. Ostrowitz* argued the cause for respondent (*Ostrowitz & Ostrowitz*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the Appellate Division opinion, reported at 265 *N.J.Super.* 25, 625 *A.*2d 537 (1993).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN join in this opinion.—7.

*Opposed*—none.